AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

1) CESAR ISABEL
2) JONATHAN GARCIA
3) MIGUELA CONCEPCION

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **JULY 5, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER HARRY ALLEN**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER HARRY ALLEN**
**NARCOTICS & SPECIAL**
**INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                       City and State

_____        _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

**STATEMENT OF FACTS**

On or about July 4, 2007, members of the Metropolitan Police Department's Narcotics & Special Investigation Division received information that three subjects wanted to sell three kilograms of cocaine to a confidential informant (CI) who is working with the Metropolitan Police Department. The CI met with defendant Cesar ISABEL who provided the CI with a small sample of the cocaine that he would sell to the CI. The CI then turned the sample given to him by ISABEL over to NSID officers, who conducted a field test, which had a positive reaction for cocaine.

On July 5, 2007, the CI met with defendant ISABEL, and defendants Jonathan GARCIA and Miguela CONCEPCION to discuss the CI purchasing three kilograms of cocaine. The CI and the defendants agreed that the defendants would sell the CI three kilograms of cocaine in exchange for seventy thousand dollars. The CI and the defendants agreed to meet at Piney Branch and Georgia Avenue, N.W., Washington, D.C. to conduct the deal.

At approximately 2:25 p.m. all three defendants arrived in a burgundy Ford Taurus being driven by CONCEPCION and met the CI at the Exxon gas station located at Georgia Avenue NW and Piney Branch Road, NW in Washington, DC. Defendant ISABEL got out of the front seat of the Taurus and got into the rear of that car. The CI entered the Taurus and sat in the front passenger seat. Once the CI got into the car, defendant CONCEPCION told defendant GARCIA to show the CI the drugs. Defendant GARCIA retrieved a shoe box containing 3 brick shaped packages wrapped in brown tape. GARCIA cut open a small hole in each package using a knife. As defendant GARCIA cut a hole in each of the packages, he would pass it up to the CI.

After the CI saw that the packages contained a compressed white powder substance, he made contact with the arrest teams. As arrest teams moved in, defendants GARCIA and ISABEL both fled on foot from the car. Both defendants were stopped a short time later. Officers recovered a red bag containing a shoe box with three brown packages containing a white powder substance from the rear driver's side floor board. A portion of the white powder substance field tested positive for cocaine. The approximate weight of the white powder substance was two thousand nine hundred and sixty three grams. Officers placed all three defendants under arrest. Based on my training and experience in narcotics trafficking, the quantity of cocaine and the manner in which is was packaged is consistent with possession with intent to distribute.

OFFICER HARRY ALLEN
NARCOTICS & SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2007.

U.S. MAGISTRATE JUDGE