UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )<br>)<br>CESAR ISABEL,    )<br>JONATHAN GARCIA, and    )<br>MIGUELA CONCEPCION    )<br>)<br>Defendant.    )<br>) | Mag. No. 07-0342 (DAR/TFH) |

### ORDER

Pending before the Court are Garcia's and Isabel's motions to join Concepcion's motion for an order requiring the United States Attorney's Office to permit defense counsel and an investigator to be present at the examination of the evidence seized on July 5, 2007. The Court **GRANTS** the motions to join.

**SO ORDERED**.

August 27, 2007

_____
Thomas F. Hogan
Chief Judge